**Motion Granted and Order filed February 11, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00736-CR**
_____

**NICHOLAS ALEXANDER HARPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCR-073722A**

## ORDER

Appellant has filed a motion for the record to be supplemented with the original of **State Exhibits No. 1A and 9A.** The motion is GRANTED.

The clerk of the 434th Judicial District Court is directed to deliver to the Clerk of this court the original of State Exhibits No. 1A and 9A, on or before **February 21, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State Exhibits No. 1A and 9A, to the clerk of the 434th Judicial District Court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.